| | |
|---|---|
| UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK | Attorney: GINARTE, O'DWYER & WINOGRAD LLP - 805 |

CEBASTIAN SICHIQUI AND SONIA SINCHE HIS WIFE PER QUOD

Plaintiff(s)

- against -

202 GRANDVIEW ESTATES, LLC ET ANO

Defendant(s)

Index #: 08 CV 00339 (SWEET)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 600489

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 30, 2008 at 10:00 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY 12210

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT on 202 GRANDVIEW ESTATES, LLC, the defendant/respondent therein named,

**SECRETARY OF STATE** by delivering two true copies to MS. DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: February 4, 2008

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**STEVEN C. AVERY**

Docket #: 537771

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK        Attorney: GINARTE, O'DWYER & WINOGRAD LLP - 805

| | |
|---|---|
| CEBASTIAN SICHIQUI AND SONIA SINCHE HIS WIFE PER QUOD<br>Plaintiff(s)<br><br>- against -<br><br>202 GRANDVIEW ESTATES, LLC ET ANO<br>Defendant(s) | Index #: 08 CV 00339 (SWEET)<br><br>Date Filed:<br><br>**AFFIDAVIT OF SERVICE**<br><br>Attorney File #1: 600489 |

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on January 30, 2008 at 10:00 AM at

THE OFFICE OF THE SECRETARY OF STATE
99 WASHINGTON AVENUE
ALBANY, NY12210

deponent served the within two true copies of the SUMMONS & VERIFIED COMPLAINT on MOSHE JUNGER D/B/A 202 GRANDVIEW ESTATES, LLC, the defendant/respondent therein named,

**SECRETARY OF STATE**     by delivering two true copies to MS. DONNA CHRISTIE personally, an agent in the office of the Secretary of State of the State of New York and knew said individual to be AUTHORIZED to accept thereof.

Service upon the N.Y.S. Secretary of State under SECTION 303 LIMITED LIABILITY COMPANY LAW and tendering the required fee of $40.00.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 35 | 5'5 | 145 |

Sworn to me on: February 4, 2008

| Linda Forman | Robin M. Forman | Larry Yee | **STEVEN C. AVERY** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Docket #: 537772 |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |