UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

              - against -

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

                         Defendant.
------------------------------------x

08 Civ. 00339

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 15, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants by serving 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of such service thereof was filed on February 12, 2008.

    I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York

          _____

                                          **J. MICHAEL MCMAHON**
                                          Clerk of the Court

                                          By:_____
                                               Deputy Clerk