UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x      08 Civ. 00339
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,


             - against -                    **CLERK'S CERTIFICATE**


202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

             Defendant.
----------------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 15, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants by serving 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of such service thereof was filed on February 12, 2008.

    I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
         April 9, 2008

                                            **J. MICHAEL MCMAHON**
                                            Clerk of the Court


                                     By:_____
                                         Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x  08 Civ. 00339
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

                - against -                          **AFFIRMATION FOR**
                                                        **JUDGMENT BY DEFAULT**

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

                            Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
STATE OF NEW YORK  )
                              ) ss.:
COUNTY OF NEW YORK  )

       GARY R. NOVINS, ESQ., being duly sworn, deposes and says:

       1.       I am a member of the Bar of this Court and am associated with the firm of GINARTE, O'DWYER, GONZALEZ & WINOGRAD, LLP, attorneys for plaintiffs in the above-entitled action and I am familiar with all the facts and circumstances in this action.

       2.       I make this affirmation pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiff's application for the entry of a default judgment against defendant.

       3.       This is an action to recover $5,000,679.33 against defendants' for severe and permanent injuries sustained by Plaintiff on July 25, 2007. None of the defendants are infants, in the military, nor an incompetent person.

       4.       Jurisdiction of the subject matter is based on 28 U.S.C. 1332 diversity of citizenship and that the matter in controversy exceeds the sum of $75,000.00.

       5.       This action having been commenced on January 15, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the

defendants, 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of service having been filed on February 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired.

6. This action seeks judgment for the liquidated amount of $5,000,000, plus costs and disbursements of this action, in the amount of $679.33 for a total as of April 15, 2008 of $5,000,679.33, as shown by the annexed Statement, which is justly due and owing, and no part of which has been paid except as therein set forth.

WHEREFORE, plaintiffs requests the entry of Default and the entry of the annexed Judgment against defendants.

Dated: New York, New York
April 15, 2008

_____
GARY R. NOVINS (GN5998)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x    08 Civ. 00339
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

                           Plaintiff,

    - against -                      **DEFAULT JUDGMENT**

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

                           Defendant.
------------------------------------x

    This action having been commenced on January 15, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of service having been filed on February 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $5,000,000.00 plus costs and disbursements of this action in the amount of $679.33 amounting in all to $5,000,679.33.

Dated: New York, New York

           _____

                                      _____
                                            U.S.D.J.

                                      This document was entered on the docket
                                      on _____.

# EXHIBIT "A"

Client Ledger
ALL DATES

| Date | Received From/Paid To | Chc# | | General | | Bld | | | Trust | |
|---|---|---|---|---|---|---|---|---|---|---|
| Entry# | Explanation | Rcpt# | Rcpts | Disbs | Fees | Inv# | Acc | Rcpts | Disbs | Balance |

666 Sichiqui, Cebastian
600489 (D/A: 07/25/2007)                                           Resp Lawyer: RW

| Oct 3/2007 | ROIS | | | 21.39 | | | | | | |
| 24710 | Inv# 165820 Cebastian Sichiqui - File#600489 | | | | | | | | | |
| Oct 24/2007 | Guillermo Ginarte | | | 10.04 | | | | | | |
| 24943 | Photos | | | | | | | | | |
| Jan 2/2008 | iod incorporated | | | 126.40 | | | | | | |
| 25381 | Inv# 0052-WCM-344201, Cebastian Sichiqui- File# 600489 | | | | | | | | | |
| Jan 2/2008 | UNITED STATES DISTRICT | | | 350.00 | | | | | | |
| 25415 | Cebastian Sichiqui, File# 600489 (Filing Fee for Complaint) | | | | | | | | | |
| Feb 20/2008 | AMERICAN CLERICAL SERVICE | | | 15.75 | | | | | | |
| 25747 | Invoice dated 02-01-2008 Acct#G13110 | | | | | | | | | |
| Feb 20/2008 | AMERICAN CLERICAL SERVICE | | | 15.75 | | | | | | |
| 25766 | Invoice dated 02-01-2008 Acct#G13110 | | | | | | | | | |
| Mar 12/2008 | GOTHAM PROCESS SERVICE, INC. | | | 140.00 | | | | | | |
| 25912 | Work Tkt# 537771 & 537772 | | | | | | | | | |

Attn: Ana.

|  | |----- UNBILLED -----| |----- BILLED -----| |--- BALANCES ---| |
|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | CHE + | RECOV + | FEES | = TOTAL | DISBS + | FEES + | TAX | - RECEIPTS | = A/R | TRUST |
| PERIOD | 679.33 | 0.00 | 0.00 | 679.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 679.33 | 0.00 | 0.00 | 679.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| FIRM TOTALS | CHE + | RECOV + | FEES | = TOTAL | DISBS + | FEES + | TAX | - RECEIPTS | = A/R | TRUST |
|---|---|---|---|---|---|---|---|---|---|---|
| PERIOD | 679.33 | 0.00 | 0.00 | 679.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| END DATE | 679.33 | 0.00 | 0.00 | 679.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

REPORT SELECTIONS

| Report: | Client Ledger | | |
|---|---|---|---|
| Layout Template: | All | | |
| Requested by: | Gabriela Tapia | | |
| Finished: | Thursday, April 10, 2008 at 03:34:55 PM | | |
| Date Range: | ALL DATES | | |
| Matters: | 600489 | | |
| Clients: | All | | |
| Major Clients: | All | Firm Totals Only: | No |
| Responsible Lawyer: | All | Entries Shown - Billed Only: | No |
| Client Intro Lawyer: | All | Entries Shown - Disbursements: | Yes |
| Assigned Lawyer: | All | Entries Shown - Receipts: | Yes |
| Type of Law: | All | Entries Shown - Trust: | Yes |
| Matters Sort By:: | Default | Entries Shown - Time or Fees: | Yes |
| New Page for Each Lawyer: | No | Working Lawyer: | No |
| New Page for Each Matter: | No | Incl. Matters with Retainer Bal: | No |
| Totals Only: | No | Incl. Matters with Neg Unbld Disb: | No |
| Consolidate Payments: | No | Show Interest: | No |
| No Activity Date: | Dec 31/2199 | Trust Account: | All |
| Select From: | Active, Inactive Matters | | |
| Include Corrected Entries: | No | Show Client Address: | No |
| Show Check # on Paid Payables: | No | | |
| Ver: | 7.10b | Show Trust Summary by Account: | No |

TOTAL P.01