UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x

08 Civ. 00339 (RWS)

CEBASTIAN SICHIQUI AND SONIA SINCHE, his wife, PER QUOD,

Plaintiff,

- against -

202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

Defendant.

----------------------------------x

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 4/24/08

This action having been commenced on January 15, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of service having been filed on February 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $5,000,000.00 plus costs and disbursements of this action in the amount of $679.33 amounting in all to $5,000,679.33.

Dated: New York, New York
4.23.08

U.S.D.J.

This document was entered on the docket on ______.