UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

                Plaintiffs,

                Docket # 08-CV-00339

   -against-

202 GRANDVIEW ESTATES, LLC AND MOSHE      **NOTICE OF ENTRY**
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

                Defendants..
------------------------------------------------------------X

     PLEASE TAKE NOTICE, that the within is a (certified) true copy of a DEFAULT JUDGMENT duly signed by Judge Robert W. Sweet of the U.S.D.C, Southern District of New York, on the 23rd day of April, 2008 and the Clerk's Certificate filed on April 22, 2008 in the office of the Judgment Clerk of the Court.

Dated: New York, New York
       May 19, 2008

                                       GINARTE, O'DWYER GONZALEZ & WINOGRAD, LLP

                                       _____
                                       Gary R. Novins, Esq. (GN5998)
                                       Attorneys for Plaintiffs
                                       225 Broadway, 13th Floor
                                       New York, New York 10007
                                       (212) 601-9700

To:

202 Grandview Estates, LLC
199 Lee Avenue, Suite 287
Brooklyn, New York 11211

Moshe Junger d/b/a 202 Grandview Estates, LLC
199 Lee Avenue, Suite 287
Brooklyn, New York 11211

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x    08 Civ. 00339 (RWS)
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

                          Plaintiff,

    - against -

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

                          Defendant.
---------------------------------------x

**DEFAULT JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/08

This action having been commenced on January 15, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of service having been filed on February 12, 2008 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $5,000,000.00 plus costs and disbursements of this action in the amount of $679.33 amounting in all to $5,000,679.33.

Dated: New York, New York
        4-23-08

                                                _____
                                                U.S.D.J.

                                                This document was entered on the docket
                                                on _____.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x   08 Civ. 00339
CEBASTIAN SICHIQUI AND SONIA SINCHE,
his wife, PER QUOD,

            - against -              **CLERK'S CERTIFICATE**

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC,

            Defendant.
------------------------------------x

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on January 15, 2008 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendants by serving 202 GRANDVIEW ESTATES, LLC and MOSHE JUNGER d/b/a 202 GRANDVIEW ESTATES, LLC, on January 30, 2008 by Secretary of State and a proof of such service thereof was filed on February 12, 2008.

    I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       April 9, 2008

                                  **J. MICHAEL MCMAHON**
                                  Clerk of the Court

                              By:_____
                                  Deputy Clerk

[Stamp: APR 22 2008]

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

**ANA E. COLON**, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Bronx County, New York.

On May 20, 2008 deponent served a copy of the within **NOTICE OF ENTRY** upon the following parties and/or attorneys for the parties shown below by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department.

**ADDRESSES**

Via CMRRR: 7007 0710 0005 6021 9326
202 Grandview Estates, LLC
199 Lee Avenue, Suite 287
Brooklyn, New York 11211

Via CMRRR: 7007 0710 0005 6021 9319
Moshe Junger d/b/a 202 Grandview Estates, LLC
199 Lee Avenue, Suite 287
Brooklyn, New York 11211

Via CMRRR: 7007 0710 0005 6021 8350
Moshe Junger
725 East 5th Street
Brooklyn, New York 11218

_____
ANA E. COLON

Sworn to before me this
20th day of May, 2008

_____
Notary Public

SHIRLEY MEDINA
Notary Public State of New York
No. 01ME6157996
Qualified in Kings County
Commission Expires Dec    2010