UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CEBASTIAN SICHIQUI and SONIA SINCHE
his wife, Per Quod,

               Plaintiffs,

  - against -

202 GRANDVIEW ESTATES, LLC and MOSHE
JUNGER d/b/a GRANDVIEW ESTATES, LLC,

               Defendants.

------------------------------------------X

08 Civ. 1517 (RWS)

O R D E R

Sweet, D.J.,

        Defendants' Motion to Vacate the Default Judgment, dated July 25, 2008, will be heard on submission, without oral argument, on Wednesday, August 20, 2008, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
July 30, 2008

/ROBERT W. SWEET
U.S.D.J.